AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bartle III, Harvey | U.S. District Court, E.D. Pa. | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. District Judge (active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 16614 U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| 2. Co-Trustee | Trusts under Will |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | Co-Trustee Fee | $ 14,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Texas Teachers Retirement System |
| 2. | ▬▬▬▬ |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Philadelphia Bar Association | Membership (extended to all judges) | $ 315 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Kodak (Com.) | A | Dividend | J | T | | | | | |
| 2. General Motors | A | Dividend | J | T | | | | | |
| 3. IBM (Com.) | A | Dividend | K | T | | | | | |
| 4. Xerox (Com.) | | None | J | T | | | | | |
| 5. Delphi Automotive Systems (Com.) | | None | J | T | | | | | |
| 6. Hudson United Bank, Philadelphia, Pennsylvania | A | Interest | K | T | | | | | |
| 7. Vanguard-Windsor II (IRA rollover) (previously | | | | | | | | | |
| 8. Dechert Price & Rhoads H.R. 10 Retirement Plan) | | None | M | T | | | | | |
| 9. Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | | None | J | T | Sell (part.) | 2/05 | K | A | |
| 10. TIAA/CREF (Retirement Fund) | | None | N | T | | | | | |
| 11. Trusts under Will (see attachemnt) | | | | | | | | | |
| 12. Easton Vance Pa. Mun. Income Trust | A | Interest | J | T | | | | | |
| 13. VanKemper Am. Capital Trust | A | Interest | J | T | | | | | |
| 14. Wachovia Securities (Account Manager for #12 and #13) | | | | | | | | | See #12 and #13 |
| 15. Vanguard (Wellington Fund) | B | Dividend | K | T | Buy | 2/1 | K | | |
| 16. Vanguard (Pa. Long Term Tax Exempt Fund) | A | Interest | J | T | Buy | 2/1 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May 11, 2006 |

## VII. Page 1 INVESTMENTS AND TRUSTS – income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income) | | | | | | | | | |
| 1 | Abbott Laboratories | A | Div. | K | T | | | | | |
| 2 | Altria Group | D | Div. | M | T | | | | | |
| 3 | Aqua America | B | Div. | L | T | | 12/2 | | | Stock distribution - 847 shs |
| 4 | Bristol Myers Squibb | C | Div. | L | T | | | | | |
| 5 | Cisco Systems | none | Div. | J | T | | | | | |
| 6 | Exxon Mobil | A | Div. | K | T | | | | | |
| 7 | Freddie Mac | A | Div. | K | T | | | | | |
| 8 | General Electric | C | Div. | M | T | | | | | |
| 9 | IBM | A | Div. | J | T | | | | | |
| 10 | MBIA Inc. | A | Div. | K | T | | | | | |
| 11 | Medco Health Solutions | none | Div. | J | T | | | | | |
| 12 | Merck & Co. | A | Div. | J | T | | | | | |
| 13 | PNC Corp. | B | Div. | L | T | | | | | |
| 14 | PPG Industries | C | Div. | L | T | | | | | |
| 15 | Sara Lee | C | Div. | M | T | | | | | |
| 16 | Hospira Inc | none | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May 1, 2006 |

## VII. Page 1 INVESTMENTS AND TRUSTS – income, value, transactions (includes those of spouse and children. See pp. 34-57 of Instructions.)

| | Description of Assets (including trust assets) | Income during reporting period (1) Amt. Code 1 (A-H) | Income during reporting period (2) Type (e.g. div. rent. or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | Gross value at end of reporting period (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income) | | | | | | | | | |
| 1 | PPL Resources | B | Div | L | T | stock distrib. | 8/25 | | | |
| 2 | Verizon Communications | C | Div | L | T | | | | | |
| 3 | Muniyield PA Insd. Fd. | C | Div. | L | T | Part Sale | 6/27 | K | C | |
| 4 | Nuveen PA Premium Inc. Fd. 2 | C A | Ex.Div. CapGain | L | T | Part Sale Cap Gn Dis | 6/27 12/30 | J | A | |
| 5 | PA Insd. Mun. Inc. Tr. 45 ser. | A | Ex.Div. | J | T | Redeemed | 6/27 | J | | |
| 6 | PA Insd. Mun. Inc. Tr. 1st Ser. | A | Ex.Div. | J | T | | 12/27 | J | | partial return of capital |
| 7 | Van Kampen PA Quality Mun Tr | C B | Ex.Div CapGain | L | T | | 12/8 | L | | merged/exchange▆▆▆▆ shs Van Kampen PA Value Muni Inc Tr |
| 8 | Van Kampen Cap. PA Value | C A | Ex.Div. CapGain | M | T | Part Sale | 6/27 | K | B | |
| 9 | Van Kampen Cap PA Inv. Gr. | D C | Ex.Div. CapGain | K | T | | 12/8 | K | | merged/exchange of 1400 shs for 1402 shs Van Kampen PA Value Muni Inc Tr |
| 10 | So. East Pa Transit 5% | B | Exempt Int. | K | T | | | | | |
| 11 | Lehigh Co. Hosp. 5% | B | Exempt Int. | K | T | | | | | |
| 12 | PA Int. Govt. 5% | B | Exempt Int. | K | T | | | | | |
| 13 | Command Money Market | A | Div | K | T | | | | | |
| 14 | Bank of Holland CD 4%      X | A | int. | K | T | | | | | |
| 15 | GMAC Automotive CD 3.6%   X | A | int. | K | T | | | | | |
| 16 | GMAC Automotive CD 3.25%  X | A | int. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May 11, 2006 |

## VII. Page 1  INVESTMENTS AND TRUSTS – income, value, transactions *(includes those of spouse and children.  See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | B. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | C. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income) | | | | | | | | | |
| 1  Stillwater Bank CD 2.85% | A | int. | | | redeemed | 12/29 | K | | |
| 2  Westsound Bank CD 3.8% | A | int. | K | T | | | | | |
| 3  Doral Bank CD 4.15%  X | A | int. | J | T | bought | 6/23 | J | | |
| 4  Discover Bank CD 4.2%  X | A | int. | J | T | bought | 6/23 | J | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  May 11, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544